# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSE FRANCISCO MEJIA-ESPINOZA,<br><br>　　　　　　　Defendant. | CASE NO. 12CR5209-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__　an indictment has been filed in case 13cr0309-WQH against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　　21:952 AND 960 - Importation of Methamphetamine and Cocaine

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 01/25/2013

　　　　　　　　　　　　　　　　　*Barbara L. Major* (signature)
　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge